AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

—— OFFENSE CHARGED ——

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

—— DEFENDANT - U.S ——
▶ Stephen L. Hodge

DISTRICT COURT NUMBER
CR 17 297

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Leslie A. Wulff-DOJ Antitrust
☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

—— DEFENDANT ——

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

PENALTY SHEET



Individual:   **Stephen L. Hodge**

15 U.S.C. § 1 – Price Fixing (Count 1)
<u>Maximum Penalties</u>:
1.   A term of imprisonment of 10 years
2.   A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.   A period of supervised release of not more than 3 years
4.   $100 special assessment per count ($100)
5.   Restitution

CR17 297 S1

LESLIE A. WULFF (CSBN 277979)
MANISH KUMAR (CSBN 269493)
RYAN STRUVE (DCBN 495406)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Manish.Kumar@usdoj.gov

Attorneys for the United States



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17 CR _____ |
| v. | **INFORMATION** |
| STEPHEN L. HODGE,<br>Defendant. | 15 U.S.C. § 1 — Price Fixing |

The United States of America, acting through its attorneys, charges:

I.

DESCRIPTION OF THE OFFENSE

1. STEPHEN L. HODGE ("defendant") is hereby made defendant on the charge contained in this Information.

2. Beginning as early as 2011 and continuing until in or about 2013, the exact dates being unknown to the United States, in the Northern District of California and elsewhere, the defendant and his coconspirators knowingly entered into and engaged in a combination and conspiracy to fix, raise, and maintain the prices of packaged seafood sold in the United States. The combination and conspiracy engaged in by the defendant and

INFORMATION                                    1

1  coconspirators was an unreasonable restraint of interstate commerce in violation of Section 1
2  of the Sherman Antitrust Act (15 U.S.C. § 1).
3      3.    The charged combination and conspiracy consisted of a continuing agreement,
4  understanding, and concert of action among the defendant and coconspirators, the substantial
5  terms of which were to fix, raise, and maintain prices of packaged seafood.
6      4.    Packaged seafood includes shelf-stable tuna fish.

## II.

## DEFENDANT AND COCONSPIRATORS

5. During the time period covered by this Information, the defendant was a resident of Pennsylvania and a citizen of the United States. From at least as early as May 2010 until at least as late as December 2013, the defendant was employed by Company B as a Senior Vice President of Sales.

6. During the period covered by this Information, Company B was a producer of packaged seafood and was engaged in the sale of packaged seafood in the United States and elsewhere.

7. Various business organizations and individuals, not made defendants in this Information, participated as coconspirators in the offense charged in this Information and performed acts and made statements in furtherance of it.

## III.

## MEANS AND METHODS OF THE CONSPIRACY

8. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and his coconspirators did those things that they combined and conspired to do, including, among other things:

    a.    engaged in conversations and discussions and attended meetings with representatives of other major packaged-seafood-producing firms;

    b.    agreed and reached mutual understandings during these conversations, discussions, and meetings, to fix, raise, and maintain the prices of packaged seafood sold in the United States; and

c.  negotiated prices and issued price announcements for packaged seafood in accordance with the agreements and mutual understandings reached.

## IV.

## TRADE AND COMMERCE

9.  During the period covered by this Information, packaged seafood sold by the defendant and one or more of the coconspirator firms, and equipment and supplies necessary to the production and distribution of packaged seafood, as well as payments for packaged seafood, traveled in interstate commerce.

10. During the period covered by this Information, the business activities of the conspirators in connection with the sale of packaged seafood were within the flow of, and substantially affected, interstate commerce.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

_____
Andrew C. Finch
Acting Assistant Attorney General

_____
Brent Snyder
Deputy Assistant Attorney General

_____
Marvin N. Price
Director of Criminal Enforcement
United States Department of Justice
Antitrust Division

_____
Brian Stretch
United States Attorney
Northern District of California

_____
E. Kate Patchen
Chief, San Francisco Office

_____
Leslie A. Wulff, Trial Attorney
Manish Kumar, Assistant Chief
Ryan Struve, Trial Attorney
United States Department of Justice
Antitrust Division

INFORMATION                    3