ANDREW SCHUPANITZ (CSBN 315850)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Andrew.Schupanitz@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> STEPHEN L. HODGE, <br> Defendant. | No: 17-CR-0297-EMC <br><br> **JOINT STIPULATION TO CONTINUE STATUS HEARING RE: SENTENCING** <br> ORDER |

The parties jointly request to reset the date for the status hearing to set sentencing in the above-captioned matter to September 26, 2018 at 2:30 p.m. The defendant continues to cooperate in the ongoing investigation.

DATED: March 16, 2018

Respectfully submitted,

/s/ Andrew Schupanitz
ANDREW SCHUPANITZ
Trial Attorney
U.S. Department of Justice
Antitrust Division


/s/ Steven M. Kowal *
Steven M. Kowal
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602-4207
Tel: (312) 372-1121
Email: steven.kowal@klgates.com


* *with permission*



IT IS SO ORDERED

Judge Edward M. Chen