ANDREW SCHUPANITZ (CSBN 315850)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Andrew.Schupanitz@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: 17-CR-0297-EMC |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE STATUS HEARING RE: SENTENCING** |
| v. | |
| STEPHEN L. HODGE, | |
| Defendant. | |

JOINT STIP. TO CONTINUE
STATUS HEARING                     1
CASE NO. 17-CR-0297-EMC

1  The parties jointly request to reset the date for the status hearing to set sentencing in the
2  above-captioned matter to March 27, 2019 at 2:30 p.m.  The defendant continues to cooperate in
3  the ongoing investigation.
4
5  DATED: September 11, 2018                                  Respectfully submitted,
6
7                                                             /s/ Andrew Schupanitz
                                                              ANDREW SCHUPANITZ
8                                                             Trial Attorney
                                                              U.S. Department of Justice
9                                                             Antitrust Division
10
11                                                            /s/ Steven M. Kowal *
                                                              Steven M. Kowal
12                                                            K&L GATES LLP
                                                              70 West Madison Street, Suite 3300
13                                                            Chicago, IL 60602-4207
                                                              Tel: (312) 372-1121
14                                                            Email: steven.kowal@klgates.com
15
16
17                                                            * *with permission*
18
19
20
21
22
23
24
25
26
27
28

JOINT STIP. TO CONTINUE
STATUS HEARING                                 2
CASE NO. 17-CR-0297-EMC