Steven M. Kowal (admitted *pro hac vice*)
Lauren Norris Donahue (admitted *pro hac vice*)
K&L GATES LLP
70 W. Madison St.
Suite 3300
Chicago, Illinois  60602
Telephone: +1 312 372 1121
Facsimile: +1 312 827 8000
Steven.kowal@klgates.com
Lauren.donahue@klgates.com

*Attorneys for Defendant Stephen L. Hodge*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN L. HODGE,<br><br>Defendant. | Case No. 17-cr-00297-EMC<br><br>**JOINT STIPULATION FOR REMOTE SENTENCING AND PROPOSED ORDER** |

308366653.1

The parties jointly request that the Court permit Defendant Stephen L. Hodge's sentencing, currently scheduled for January 13, 2021, to proceed via videoconference.

Under the CARES Act, District Judges are specifically authorized to conduct "felony sentencings" by video or telephonic conference: (1) upon "consent of the defendant … after consultation with counsel"; (2) when such hearings "cannot be conducted in person without seriously jeopardizing public health and safety"; and (3) when "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." CARES Act, Pub. L. 116-136 §§ 15002(b)(2), (4). Here, all three elements are met.

*First*, Mr. Hodge, after consultation with counsel, formally consents to proceed with the January 13, 2021 hearing via videoconference.

*Second*, under the authority granted by the CARES Act, and based on findings of the Judicial Conference of the United States that emergency conditions due to the national emergency with respect to COVID-19 have affected and will materially affect the functioning of the federal courts, the Chief Judge of this District has issued a General Order finding that "felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure … cannot be conducted in person without seriously jeopardizing public health and safety." See General Order No. 74, Temporary Use of Teleconferencing, Videoconferencing, and Other Procedures in Criminal Matters Pursuant to the Coronavirus Aid, Relief, and Economic Security Act ("CARES ACT"), at 2 (N.D. Cal. Mar. 30, 2020; amended Sept. 16, 2020). Further, as of December 8, 2020, all in-person, in-court proceedings were suspended at all Northern District California courthouses until January 3, 2021, with a planned resumption of some limited proceedings, if possible, on January 4, 2021.

*Third*, "sentencing in [this] case cannot be further delayed without serious harm to the interests of justice." CARES Act, Pub. L. 116-136 §§ 15002(b)(2). Additional delay of Mr. Hodge's sentencing would result in serious harm to the interests of justice. The Federal Rules of Criminal Procedure direct courts to "impose sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). Mr. Hodge promptly accepted responsibility and entered a plea of guilty on June 28,

308366653.1

2017.  He testified as a cooperating witness in the Government's trial against Christopher Lischewski, 3:18-cr-00203-EMC, in November 2019.  Mr. Hodge's sentencing was originally scheduled for January 22, 2020 (Dkt. 29) but has been rescheduled and delayed several times due to the COVID-19 pandemic and related scheduling issues.  *See* Dkt. 32, 36 and 38.   The uncertainty and stress of Mr. Hodge's pending sentencing has been extremely difficult for Mr. Hodge and his family.  A further delay in his sentencing would cause serious harm to the interests of justice.

*Finally*, while not a requirement of the CARES Act, the Government does not object to proceeding with Mr. Hodge's sentencing via videoconference.

WHEREFORE, the parties jointly request this Court to permit Mr. Hodge's sentencing, scheduled for January 13, 2021, to proceed via videoconference having found that the delay of this sentencing would cause serious harm to the interest of justice.

308366653.1

- 3 -

Dated: December 9, 2020

K&L GATES LLP


By: */s/ Lauren N. Donahue*
Steven M. Kowal
Lauren Norris Donahue
K&L GATES LLP
70 W. Madison St.
Suite 3300
Chicago, Illinois 60602
Telephone: +1 312 372 1121
Facsimile: +1 312 827 8000
Steven.kowal@klgates.com
Lauren.donahue@klgates.com

*Attorneys for Defendant Stephen L. Hodge*


*/s/ Mikal J. Condon*
MIKAL J. CONDON (CSBN 229208)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
mikal.condon@usdoj.gov

*Attorney for the United States*


IT IS SO ORDERED:


DATE:_____    _____
Honorable Edward M. Chen
U.S. District Judge
Northern District of California

308366653.1

- 4 -

## **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Mikal J. Condon within this e-filed document.

*/s/ Lauren N. Donahue*

308366653.1